NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-808

STATE OF LOUISIANA

VERSUS

JAMEY L. EVERETT

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. CR984-02
HONORABLE HERMAN I. STEWART,  JR., DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JOHN B. SCOFIELD
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Michael G. Sullivan, and John B. Scofield, Judges.

**SENTENCE VACATED; CASE REMANDED.**

**Edward Kelly Bauman**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**Counsel for Defendant-Appellant**
      **Jamey L. Everett**

**Jamey L. Everett**
**Forcht Wade Correctional Cen**
**7990 Caddo Drive**
**Kiethville, LA 71047**
      **Pro Se**

**Hon. David W. Burton**
**P. O. Box 99**
**DeRidder, LA 70634**
**Counsel for Appellee**
**State of Louisiana**

**Richard Alan Morton**
**P. O. Box 99**
**DeRidder, LA 70634**
**Counsel for Appellee**
**State of Louisiana**